VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
ROMAN A. SWOOPES (CA SBN 274167)
RSwoopes@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
SHAELYN K. DAWSON (CA SBN 28878)
Shaelyndawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
NIKON CORPORATION, SENDAI
NIKON CORPORATION, AND NIKON
INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS, B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC.,<br><br>Defendants. | Case No. 2:17-cv-03221 RGK (MRWx)<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:         September 25, 2017<br>Time:        9:00 a.m.<br>Courtroom: 850, 8th Floor<br><br>Hon. R. Gary Klausner |

**NOTICE OF MOTION AND MOTION**

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on September 25, 2017, or as soon

1 thereafter as the matter may be heard, in the United States District Court, Central
2 District of California, Western Division, located at 255 East Temple Street, Los
3 Angeles, CA 90012, before the Honorable R. Gary Klausner, Defendants Nikon
4 Corp., Sendai Nikon Corp., and Nikon, Inc. will move, and hereby do move, for an
5 order dismissing all claims against Sendai Nikon Corp. and all induced and
6 contributory infringement claims against all Nikon Defendants.  This motion is
7 made pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6).

8     This motion is based on this notice of motion and motion, the supporting
9 memorandum of points and authorities, the pleadings on file in this action, and on
10 such other written or oral argument or evidence as may be presented at or before the
11 time this motion is taken under submission.

12     This motion is made following the conference of counsel pursuant to Local
13 Rule 7-3, which took place on August 14 and 16, 2017.

15 Dated:    August 21, 2017           Respectfully submitted,

16                                     VINCENT J. BELUSKO
17                                     JACK W. LONDEN
                                       ROMAN SWOOPES
                                       SHAELYN DAWSON
18                                     MORRISON & FOERSTER LLP

20                                     By: /s/ *Vincent J. Belusko*
                                             Vincent J. Belusko

22                                     Attorneys for Defendants
                                       NIKON CORPORATION, SENDAI
23                                     NIKON CORPORATION, AND NIKON
                                       INC.