| | |
|---|---|
| Christopher S. Marchese (170239)<br>marchese@fr.com<br>FISH & RICHARDSON P.C.<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240, Fax: (877) 417-2378<br><br>Frank Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>Kurt L. Glitzenstein (Pro Hac Vice)<br>glitzenstein@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>Tel: (617) 542-5070; Fax: (617) 542-8906<br><br>Olga I. May (232012)<br>omay@fr.com<br>K. Nicole Williams (SBN 291900)<br>nwilliams@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Tel: (858) 678-4745; Fax: (858) 678-5099<br>*[Additional Counsel listed on last page.]*<br><br>Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V. | Vincent J. Belusko (CA SBN 100282)<br>VBelusko@mofo.com<br>Jonathan M. Smith (CA SBN 292285)<br>JonathanSmith@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard Los Angeles,<br>California 90017<br>Tel: (213) 892-5200<br>Fax: (213) 892-5454<br><br>Jack W. Londen (CA SBN 85776)<br>JLonden@mofo.com<br>Diana Kruze (CA SBN 247605)<br>DKruze@mofo.com<br>Shaelyn K. Dawson (CA SBN 288278)<br>Shaelyndawson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522<br><br>Attorneys for Defendants<br>NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC. |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC.,<br>　　　　Defendants. | Case No. 2:17-cv-03221-RGK (MRWx)<br><br>**NOTICE OF LODGMENT OF [PROPOSED] JOINT FINAL PRETRIAL CONFERENCE ORDER**<br><br>Date: June 11, 2018<br>Time: 9:00 a.m./Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Michael R. Wilner |

1 | Pursuant to Local Rule 16-7 requiring that the parties submit a Final Pretrial Conference Order, the parties hereby lodge the attached Final Pretrial Conference Order with the Court.

Dated: May 31, 2018

FISH & RICHARDSON P.C.

By: */s/ Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com

Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V.

Dated: May 31, 2018

MORRISON & FOERSTER LLP

By: */s/ Vincent J. Belusko*
Vincent J. Belusko
vbelusko@mofo.com

Attorneys for Defendants NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC.

**FILER'S ATTESTATION**

Pursuant to Section 5-4.3.4 of the Local Rules of the United States District Court of the Central District of California, I hereby certify that authorization for the filing of the parties' NOTICE OF LODGMENT OF [PROPOSED] JOINT FINAL PRETRIAL CONFERNCE ORDER has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: May 31, 2018

/s/ *Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 31, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

/s/ *Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com