Christopher S. Marchese (SBN 170239), marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240, Fax: (858) 678-5099

Frank Scherkenbach (SBN 142549), scherkenbach@fr.com
Kurt L. Glitzenstein (Admitted Pro Hac Vice), glitzenstein@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Tel: (617) 542-5070, Fax: (617) 542-8906

Olga I. May (SBN 232012), omay@fr.com
Markus D. Weyde (SBN 285956), weyde@fr.com
K. Nicole Williams (SBN 291900), nwilliams@fr.com
Jared A. Smith (SBN 306576), jasmith@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070, Fax: (858) 678-5099
*[Additional Counsel listed on last page.]*

Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V., <br>     Plaintiffs, <br> v. <br> NIKON CORPORATION and NIKON INC., <br>     Defendants. | Case No. 2:17-cv-03221-RGK (MRWx) <br><br> **PLAINTIFFS' AMENDMENT TO JOINT PROPOSED EXHIBIT LIST WITH OBJECTIONS** <br><br> Trial Date: June 26, 2018, 9:00 a.m. <br> Courtroom: 850 <br> Judge: Hon. R. Gary Klausner |

1

PLAINTIFFS' AMENDMENT TO JOINT PROPOSED EXHIBIT LIST WITH OBJECTIONS
Case No. 2:17-cv-03221-RGK (MRWx)

1  Plaintiffs Carl Zeiss AG and ASML Netherlands B.V.'s ("Plaintiffs")
2  Amendment to the Joint Proposed Exhibit List with Objections is attached as
3  Attachment A hereto. Plaintiffs are deleting a number of exhibits relating to the '312
4  and '017 patents and are adding the IPR decisions issued on June 4, 2018 by the PTAB
5  for the '792 and '167 patents. To avoid duplication, Plaintiffs reserve their right to
6  rely on any exhibit appearing on any amendments thereto.
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1
PLAINTIFFS' AMENDMENT TO JOINT PROPOSED EXHIBIT LIST WITH
OBJECTIONS
Case No. 2:17-cv-03221-RGK (MRWx)

| | | |
|---|---|---|
| 1 | Dated: June 8, 2018 | FISH & RICHARDSON P.C. |
| 2 | | By: */s/ Christopher S. Marchese* |
| 3 | | Christopher S. Marchese (SBN 170239) |
| | | marchese@fr.com |
| 4 | | FISH & RICHARDSON P.C. |
| 5 | | 633 West Fifth Street, 26th Floor |
| 6 | | Los Angeles, CA 90071 |
| | | Tel: (213) 533-4240, Fax: (858) 678-5099 |
| 7 | | |
| 8 | | Frank Scherkenbach (SBN 142549) |
| | | scherkenbach@fr.com |
| 9 | | Kurt L. Glitzenstein (Admitted Pro Hac Vice) |
| 10 | | glitzenstein@fr.com |
| 11 | | FISH & RICHARDSON P.C. |
| | | One Marina Park Drive |
| 12 | | Boston, MA 02210-1878 |
| 13 | | Tel: (617) 542-5070, Fax: (617) 542-8906 |
| 14 | | |
| | | Olga I. May (SBN 232012), omay@fr.com |
| 15 | | Markus D. Weyde (SBN 285956) weyde@fr.com |
| 16 | | K. Nicole Williams (SBN 291900), nwilliams@fr.com |
| | | Jared A. Smith (SBN 306576), jasmith@fr.com |
| 17 | | Oliver J. Richards (SBN 310972), orichards@fr.com |
| 18 | | FISH & RICHARDSON P.C. |
| | | 12390 El Camino Real |
| 19 | | San Diego, CA 92130 |
| 20 | | Tel: (858) 678-5070, Fax: (858) 678-5099 |
| 21 | | Andrew R. Kopsidas (Admitted Pro Hac Vice) |
| 22 | | kopsidas@fr.com |
| | | FISH & RICHARDSON P.C. |
| 23 | | 1000 Maine Ave., S.W., Suite 1000 |
| 24 | | Washington, DC 20024 |
| | | Tel: (202) 783-5070, Fax: (202) 783-2331 |
| 25 | | Attorneys for Plaintiffs, CARL ZEISS AG AND ASML |
| 26 | | NETHERLANDS B.V. |
| 27 | | |
| 28 | | |

2

PLAINTIFFS' AMENDMENT TO JOINT PROPOSED EXHIBIT LIST WITH OBJECTIONS
C<small>ASE</small> 2:17-<small>CV</small>-03221-RGK (MRW<small>X</small>)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 8, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com