NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS, B.V., <br><br> Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC., <br><br> Defendants. | Case No. 2:17-cv-03221 RGK (MRWx) <br><br> [~~PROPOSED~~] ORDER RE: TRIAL LOGISTICS <br><br> **Trial Date: July 11, 2018** <br><br> Hon. R. Gary Klausner <br> Hon. Michael R. Wilner |

WHEREAS the parties, Plaintiffs Carl Zeiss AG and ASML Netherlands B.V., and Defendants Nikon Corporation and Nikon Inc., through their counsel of record, have stipulated and agreed pursuant to Civil Local Rules 7-1 and Federal Rule of Civil Procedure 29, the Court orders as follows:

THAT each party will provide to the other party a list of deposition designations to be used in that party's case no later than 3:00 p.m. one calendar day before their intended use. The disclosure should identify by page and line the designated portions of the testimony that the party wishes to play. Any objections and counter-designations shall be provided by 7:00 p.m. one calendar day before

1  the testimony is to be played.  Any counter-counter-designations shall be provided

2  by 9:00 p.m. one calendar day before the testimony is to be played.  The parties will

3  meet and confer at 9:00 p.m. one calendar day before the testimony is to be

4  played.  If any of the deposition designations change after the deadline, the party

5  intending to use the designation will promptly notify the opposing party of the

6  changes.  If good faith efforts to resolve the objections fail, the objecting party shall

7  bring its objections to the Court's attention **in writing, not later than 8:00 am** the

8  morning of the proposed use of the deposition.

9  THAT, for the purposes of this action only, certified translations produced in

10  this case are not objectionable on the grounds of authenticity or on the ground that

11  the certified translation is inaccurate.

12  THAT, for purposes of this action only, each exhibit appearing on the

13  parties' joint exhibit list (ECF No. 460-1) is admissible at trial, and the parties

14  waive all objections to those exhibits, subject to the Court's rulings on the parties'

15  respective motions *in limine*.  **As permitted or limited by the Court,** a party

16  introducing an exhibit appearing on the joint exhibit list need not establish a

17  foundation for the exhibit, provided, however, that the party introduce the exhibit

18  through a sponsoring witness.  **Counsel shall introduce the exhibit by exhibit**

19  **number and have permission from the Court to admit the exhibit into evidence**

20  **prior to publishing.**

21  SO ORDERED.

22

23  Dated:  July 10, 2018

24

25  _____

26  The Honorable R. Gary Klausner
   United States District Court Judge

27

28