UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:17-CV-03221-RGK-MRW |
| Title: | Carl Zeiss et al v. Nikon Corporation et al |
| Date | July 11, 2018 |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Sandra MacNeil/Marea Woolrich |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Chris Marchese; Andrew Kopsidas; Frank Scherkenbach; Nicole Williams; Olga May; Oliver Richards; Kurt Glitzenstein | Vincent Belusco; Hector Gallegos; Diana Kruze |

___ Day Court Trial   1st Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.
X Opening statements made by   Plaintiff and defense
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   July 12, 2018 at 8:30 a.m.   for further trial/further jury deliberation.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

X    OTHER:

Court rules on motions in limine as follows:

Plaintiffs' Motion in Limine 1 [230] is denied.
Plaintiffs' Motion in Limine 2 [239] is granted.
Plaintiffs' Motion in Limine 3 [213] is granted.
Plaintiffs' Motion in Limine 4 [240] is denied.
Plaintiffs' Motion in Limine 5 [227] is denied.
Plaintiffs' Motion in Limine 6 [210] is denied.
Plaintiffs' Motion in Limine 7 [234] is denied.
Plaintiffs' Motion in Limine 8 [222] is denied.
Plaintiffs' Motion in Limine 9 [217] - admissible as to royalties.
Plaintiffs' Motion in Limine 10 [223] is denied.
Plaintiffs' Motion in Limine 11 [375] is granted.

Defendants' Motion in Limine 1 [201] is denied.
Defendants' Motion in Limine 2 [202] is denied.
Defendants' Motion in Limine 3 [203] is denied.
Defendants' Motion in Limine 4 [204] is denied as moot.
Defendants' Motion in Limine 5 [205] - not applicable.
Defendants' Motion in Limine 6 [206] is granted.
Defendants' Motion in Limine 7 [207] is granted.
Defendants' Motion in Limine 8 [208] - admissible as to royalties.
Defendants' Motion in Limine 9 [209] is granted.
Defendants' Motion in Limine 10 [377] is granted.

|   |   | 5 | : | 05 |
|---|---|---|---|---|
|   | Initials of Deputy Clerk | | slw | |