# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARL ZEISS, et al. | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:17-cv-03221-RGK-MRW |
| v. | |
| NIKON CORPORATION, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

   This action having been tried before the Court sitting with a jury, the Honorable R. Gary Klausner, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

   IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Carl Zeiss and ASML Netherlands B.V.

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Nikon Corporation and Nikon, Inc.

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 7/19/18

By S. Williams
Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record

CV-44 (11/96)     JUDGMENT ON THE VERDICT FOR DEFENDANT(S)