# Exhibit A

```
 1                 UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3           HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

 4                             - - - -

 5


 6
     CARL ZEISS AG and ASML         )
 7   NETHERLANDS, B.V.,             )
                                    )
 8                  PLAINTIFFS,     )
                                    )
 9       vs.                        )   No. CV 17-03221-RGK
                                    )
10   NIKON CORPORATION, SENDAI NIKON)
     CORPORATION, and NIKON         )
11   CORPORATION, INC.,             )
                                    )
12                  DEFENDANTS.     )
     _____)
13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                    MONDAY, JUNE 11, 2018

17                         9:06 A.M.

18                   LOS ANGELES, CALIFORNIA

19

20

21

22   _____

23       SANDRA MacNEIL, CSR 9013, RPR, CRR, RMR
         Official Reporter, U.S. District Court
24           255 East Temple Street, Suite 1200
                   Los Angeles, CA  90012
25           213.894.5949; macneilsandy@gmail.com
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   cooperating in agreement whether you want to or not.
2               MR. BELUSKO:  Okay.  I guess the last issue that I
3   wanted to bring up for the Court is the issue of some remaining
4   claim construction issues.  There are some remaining claim
5   construction issues.
6               THE COURT:  Let me help you out, Counsel, because,
7   you know, in patent cases, courts do it differently.  Most
8   patent courts allow *Markman* hearings.  I don't do that here.
9               MR. BELUSKO:  Yes.
10              THE COURT:  To me it's like construction of a
11  contract.  You can do that in a summary judgment.  If it's not
12  done in a summary judgment, it's done in jury instructions,
13  because it's a matter of law.
14              MR. BELUSKO:  Okay.  And I guess my question for you
15  on that, Your Honor, is, there are alternatives, then, that
16  would need to be presented as part of the case in chief.  So is
17  there any way -- I mean, because they would say the term meant
18  this, we would say it meant that, and so that would mean we'd
19  be putting on alternatives in front of the jury.
20              THE COURT:  Okay.
21              MR. BELUSKO:  Is there any way that, with respect
22  to, I think we're down to four terms, that those could be
23  decided in advance of the jury trial?
24              THE COURT:  That should have been done as part of
25  the summary judgment.  And if it's not done as part of the

```
                           CERTIFICATE


      I hereby certify that pursuant to Section 753,
 Title 28, United States Code, the foregoing is a true and
 correct transcript of the stenographically reported proceedings
 held in the above-entitled matter and that the transcript page
 format is in conformance with the regulations of the
 Judicial Conference of the United States.


 Date:  June 11, 2018




                         /S/ SANDRA MACNEIL
                         Sandra MacNeil, CSR No. 9013
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA