# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Carl Zeiss AG et al.

v.  Case Number: 2:17-cv-03221

Nikon Corp. et al.

Judgment was entered in this action on  7/20/2018 / 510  against  Plaintiffs Carl Zeiss AG et al.
                                        Date      Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---:|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | $6,205.50 |
| Depositions: see L.R. 54-3.5 | $59,811.82 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | $6,000.00 |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $23,725.93 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) **No court order. None attached. See L.R. 54-3.12** | **$0.00** ~~$95,700.00~~ |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$95,743.25** ~~$191,443.25~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

/s/ Vincent Beusko                    Vincent Beusko
Signature                             Print Name

Attorney for: Nikon Corporation and Nikon Inc.

Costs are taxed in the amount of  $95,743.25

Kiry K. Gray          By:  J. Roper               10/31/2018
Clerk of Court             Deputy Clerk           Date